UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SYLVIA CONERLY, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

GREAT LAKES WINE & SPIRITS, LLC, a
Michigan limited liability company,

       Defendant.

Case No. 4:23-CV-12168-FKB-DRG

Hon. F Kay Behm

| | |
|---|---|
| SOMMERS SCHWARTZ, P.C.<br>Jesse L. Young (P72614)<br>141 East Michigan Avenue<br>Suite 600<br>Kalamazoo, MI 49007<br>(269) 250-7500<br>jyoung@sommerspc.com<br><br>Kevin J. Stoops (P64371)<br>One Town Square, 17th Floor<br>Southfield, Michigan 48076<br>(248) 355-0300<br>kstoops@sommerspc.com<br><br>MELMED LAW GROUP, P.C.<br>Jonathan Melmed (CA SBN 290218)<br>Laura Supanich (P85849) (CA SBN 314805)<br>1801 Century Park East, Suite 850<br>Los Angeles, CA 90067<br>(310) 824-3828<br>jm@melmedlaw.com<br>lms@melmedlaw.com<br>Attorneys for Plaintiff | BODMAN PLC<br>Gary S. Fealk (P53819)<br>201 W. Big Beaver Road<br>Suite 500<br>Troy, MI 48084<br>(248) 743-6060<br>gfealk@bodmanlaw.com<br>Attorneys for Defendant |

## <u>STIPULATED ORDER OF DISMISSAL</u>

Pursuant to the Stipulation of the Parties:

IT IS HEREBY ORDERED: Plaintiff's Complaint and all claims asserted in the Complaint are dismissed in their entirety and without costs to any party.  As to Plaintiff Sylvia Conerly, the dismissal is <u>with prejudice.</u>  As to all other potential collective members, the dismissal is <u>without prejudice.</u>

This is a final order and closes the case.

Date: January 24, 2024                              s/F. Kay Behm
                                                    Hon. Kay Behm,
                                                    United States District Court Judge


Agreed to as to form and substance:

SOMMERS SCHWARTZ, P.C.                  BODMAN PLC

/s/ Jesse L. Young                      /s/ Gary S. Fealk
Jesse L. Young (P72614)                 Gary S. Fealk (P53819
141 East Michigan Avenue                201 W. Big Beaver Road
Suite 600                               Suite 500
Kalamazoo, MI 49007                     Troy, MI 48084
(269) 250-7500                          (248) 743-6060
jyoung@sommerspc.com                    gfealk@bodmanlaw.com

2